UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNEY THAVISACK,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J. WALKER, Warden,<br><br>　　　　　　Respondent. | No. 2:15-cv-1371 DAD P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has also submitted an in forma pauperis affidavit.  However, petitioner's in forma pauperis affidavit is not complete or signed.  See 28 U.S.C. § 1915(a).  The court will provide petitioner thirty days to submit a complete, signed affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee ($5.00).

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Petitioner shall submit, within thirty days from the date of this order, a complete, signed affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

1

1     2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: July 17, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
thav1371.101a

2